Timothy K. Talbot, SBN 173456
Matthew A. Link-Crosier, SBN 261188
TALBOT LAW GROUP,
A Professional Corporation
105 E. Street, Suite 2E
Davis, California  95616
Telephone:  530.792.7211
Facsimile:    530.792.8891
Email:  ttalbot@talbotlawgroup.com
Email:  mcrosier@talbotlawgroup.com

Attorneys for Defendant
NATIONAL EMERGENCY
MEDICAL SERVICES ASSOCIATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL EMERGENCY MEDICAL SERVICES ASSOCIATION (NEMSA)<br><br>Defendant. | Case No.  2:10-cv-09672-JHN-MANx<br><br>**JUDGMENT**<br><br>Judge Jacqueline H. Nguyen |

On July 20, 2011, this Court issued an order resolving all claims in this matter, denying Plaintiff American Medical Response of Southern California's ("AMR") Motion to Vacate Arbitration Award and confirming the arbitration award.

THEREFORE, IT IS ORDERED AND ADJUDGED:

1.     That judgment is hereby entered in favor of Defendant National Emergency Medical Services Association ("NEMSA") and against Plaintiff AMR.

2.     NEMSA is awarded costs.

Dated: <u>August 01, 2011</u>

_____
Hon. Jacqueline H. Nguyen
United States District Judge

-1-

[PROPOSED] ORDER OF COURT                                    Case No. 2:10-cv-09672-JHN-MANx